

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Jose Luis Gonzalez-Rodas,<br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-MJ-936<br><br>**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of ___Defendant___, IT IS ORDERED that a detention hearing is set for ___Dec. 12___, ___2025___, at ___9:30___ ☒ a.m. / ☐ p.m. before the Honorable ___EJF___, in Courtroom ___750___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: ___12/8/25___                    _____
                                       U.S. District Judge/Magistrate Judge

---